UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW PELHAM JACKSON,

    Plaintiff,

v.                          Case No. 3:25-cv-979-TKW-HTC

ESCAMBIA COUNTY DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 12). No objections were filed.[1]

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The copy of the R&R that was mailed to Plaintiff's address of record was returned as undeliverable. *See* Doc. 13. The Clerk re-mailed to the R&R to another address located for Plaintiff on October 2, 2025, *see* Doc. 13-1, and Plaintiff presumably received that copy because it was not returned by the postal service.

2. This case is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 24th day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**